United States District Court
Middle District of Florida
Jacksonville Division

**ROY CHAMBERS, JR.,**

    *Plaintiff,*

v.                                                                                    **NO. 3:24-cv-722-MMH-PDB**

**USAA GENERAL INDEMNITY
COMPANY ETC.,**

    *Defendants.*

_____

## Order

This order addresses service of process and an order to show cause.

### 1.

Three defendants remain unserved: Lori Wolf, Timothy Moran, and Morgan & Morgan, P.A.

In the service of process forms for Lori Wolf, the plaintiff provided Morgan & Morgan's principal address as Wolf's address. *See* Doc. 48 at 7–9. The process receipt and return form for Wolf was returned unexecuted with the notation that Wolf "does not work at that location." Doc. 68. The court will give the plaintiff a final opportunity to provide adequate information for the United States Marshal to serve Wolf with process.

By **April 30, 2026**, the plaintiff must deliver to the clerk's office (by hand or by U.S. Mail) a copy of the third amended complaint and the two required forms for service of process, containing adequate information for the United

States Marshal to effectuate service on Wolf. The plaintiff must be prepared to discuss the information at the April 30, 2026, telephone preliminary pretrial conference. *See* Doc. 42. Upon receipt of the papers from the plaintiff, the clerk must forward the papers to the United States Marshal for service. **Failure to timely provide adequate information may result in dismissal of the claim against Wolf.**

The court sua sponte **extends** the deadline for the United States Marshal to serve process. The United States Marshal must serve the completed summonses with a copy of the third amended complaint and this order on each unserved defendant by **May 26, 2026**.

**2.**

Considering USAA General Indemnity Company, Lindsey Blando, and Katie Johns's response to the order to show cause, Doc. 67, and the filing of a disclosure statement, Doc. 66, the court discharges the order to show cause, Doc. 65.

In response to question 7, USAA, Blando, and Johns state only USAA's citizenship. Doc. 66 at 3. By **May 6, 2026**, Blando and Johns must supplement the disclosure statement by stating their citizenship in response to question 7.

**Ordered** in Jacksonville, Florida, on April 23, 2026.

Patricia D. Barksdale
United States Magistrate Judge

2

c:      U.S. Marshal

Roy Chambers, Jr. (by U.S. Mail and email)
210 Farmington Ave., Apt. 403
Hartford, CT 06105
thechambersgroup860@gmail.com