United States District Court
Middle District of Florida
Jacksonville Division

**ROY CHAMBERS, JR.,**

    *Plaintiff,*

v.                                                    **NO. 3:24-cv-722-MMH-PDB**

**USAA GENERAL INDEMNITY
COMPANY ETC.,**

    *Defendants.*

---

## Order

At today's preliminary pretrial conference, the parties who have appeared in the case agreed that, to avoid duplicative discovery and promote a just, speedy, and inexpensive resolution of the action, a brief stay is warranted to enable the United States Marshal to serve process on the three unserved defendants (Lori Wolf, Timothy Moran, and Morgan & Morgan, P.A.) and for those defendants to respond to the third amended complaint.

The case is **stayed**. The clerk is **directed** to administratively close the case pending further order.[*] Within **21 days** of the appearance of the last of the unserved defendants, the parties must meet for a case management conference and submit a new joint case management report. Considering the length of time this action has been pending and the straightforward nature of

---

[*]As explained at the conference, administratively closing a case is part of the court's internal processing and does not mean that the action is dismissed.

the claims, the parties must request deadlines with the goal of an expeditious resolution.

**Ordered** in Jacksonville, Florida, on April 30, 2026.

Patricia D. Barksdale
United States Magistrate Judge

c:      Roy Chambers, Jr. (by U.S. Mail and email)
        210 Farmington Ave., Apt. 403
        Hartford, CT 06105
        thechambersgroup860@gmail.com