**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROY CHAMBERS, JR.,

      Plaintiff,

v.                                                                  Case No. 3:24-cv-722-MMH-PDB

USAA GENERAL INDEMNITY
COMPANY, et al.,

      Defendants.

                                   /

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Opposition to Defendants'

Motion to Dismiss Count II of the Third Amended Complaint (Doc. 59;

Response), filed March 16, 2026. In the Response, Plaintiff, in addition to

asserting that Defendants' motion to dismiss is due to be denied, alternatively

requests leave to amend his Third Amended Complaint (Doc. 41), filed February

17, 2026, in the event the Court finds that its allegations are inadequate. See

Response at 2–5. As the Court previously explained to Plaintiff, see Order (Doc.

39; Order Granting Leave to File Third Amended Complaint), entered February

2, 2026, at 2, a request for affirmative relief, such as a request for leave to amend

a pleading, is not properly made when simply included in a response to a motion.

See Fed. R. Civ. P. 7(b); see also Chabad Chayil, Inc. v. Sch. Bd. of Miami-Dade

Cnty, 48 F.4th 1222, 1236 (11th Cir. 2022) ("[W]here a request for leave to file an amended complaint simply is imbedded within an opposition memorandum, the issue has not been raised properly." (quoting Newton v. Duke Energy Fla., LLC, 895 F.3d 1270, 1277 (11th Cir. 2018))); Rosenberg v. Gould, 554 F.3d 962, 965 (11th Cir. 2009).

Moreover, even if it were proper to include this request in the Response, the request is otherwise due to be denied for failure to comply with Rules 3.01(a) and 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)). Local Rule 3.01(a) requires a memorandum of legal authority in support of a request from the Court. See Local Rule 3.01(a). Local Rule 3.01(g) requires certification that the moving party has conferred with opposing counsel in a good faith effort to resolve the issue raised by the motion and advising the Court whether opposing counsel agrees to the relief requested. See Local Rule 3.01(g). Thus, the Court will not entertain Plaintiff's request for relief included in the Response.[1]

Accordingly, it is

**ORDERED**:

---

[1] The Court also notes that, despite the Court's prior direction to comply with Local Rule 1.08, which sets forth typography requirements for documents filed with the Court, see Order Granting Leave to File Third Amended Complaint at 3, Plaintiff continues to submit papers that violate this Local Rule, see, e.g., Response; Third Amended Complaint. The Local Rules are not aspirational; continued violation of the Court's typography rules may result in Plaintiff's filings being stricken without further notice.

2

To the extent that Plaintiff requests affirmative relief from the Court, Plaintiff's Opposition to Defendants' Motion to Dismiss Count II of the Third Amended Complaint (Doc. 59) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of May, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

lc33

Copies to:
Pro Se Party
Counsel of Record

3